Núm. 8388.—García Méndez, apldo. *v.* Carlo, aplte.—C. D. Aguadilla. ■■■■■■■■■■■■■■■■■■ Julio 21, 1941.

Por cuanto, el apelante con fecha 13 de mayo último radicó su escrito de apelación de la sentencia que lo condenó a pagar $3 de multa por desacato;

Por cuanto, desde la fecha antes citada el apelante no ha verificado gestión alguna para perfeccionar el recurso;

Por cuanto, la cuestión envuelta en el mismo fué resuelta por este Tribunal adversamente al apelante en el recurso 1251 sobre *Certiorari*, interpuesto por el apelante contra el Hon. Enrique S. Mestre, Juez de Distrito de Aguadilla;

Por cuanto, el demandante solicitó la desestimación del recurso por abandono y por motivo de frivolidad;

Por cuanto, tanto la moción de desestimación como la orden de este tribunal señalándola para el día 15 del actual fueron oportunamente notificadas al apelante, no habiendo éste comparecido a sostener su recurso;

Por tanto, vistos los autos de este caso y el artículo 59 del reglamento de este tribunal, se desestima el recurso por abandono y por frivolidad.